**MCKEE NELSON LLP**
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY  10004
Tel:  (917) 777-4200
Fax:  (917) 777-4299

*Attorneys for Defendant*
*LaCrosse Financial Products, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and Securities Intermediary, <br><br> Plaintiff, <br><br> - against - <br><br> LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depositary Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes, <br><br> Defendants. | Case No.:  1:08 CV 0955 (PKC-DCF) <br><br> Honorable P. Kevin Castel <br><br> Magistrate Judge Freeman <br><br> **Electronically Filed** |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of McKee Nelson LLP appears as counsel in the above-captioned action on behalf of defendant LaCrosse Financial Products, LLC. The undersigned requests that all notices given, or required to be given in these proceedings, and all papers served, or required to be served in these proceedings, be given to and served upon the undersigned attorneys, at the address set forth below:

> McKee Nelson LLP
> One Battery Park Plaza, 34th Floor
> New York, New York 10004
> Telephone: (917) 777-4200
> Facsimile: (917) 777-4299
>
> Attn: Scott E. Eckas
> seckas@mckeenelson.com
> Attn: Kevin J. Biron
> kbiron@mckeenelson.com

Dated:   February 7, 2008
         New York, New York

                                   Respectfully Submitted,

                                    */s/ Scott E. Eckas*
                                   Scott E. Eckas (SE 7479)
                                   *seckas@mckeenelson.com*
                                   Kevin J. Biron (KB 1030)
                                   *kbiron@mckeenelson.com*
                                   McKee Nelson LLP
                                   One Battery Park Plaza, 34th Floor
                                   New York, New York 10004

                                   *Attorneys for Defendant*
                                   *LaCrosse Financial Products, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I caused the foregoing Notice of Appearance to be filed electronically and served the foregoing Notice of Appearance by causing true and correct copies thereof to be sent via overnight delivery to:

Nixon Peabody LLP
Christopher M. Mason, Esq.
437 Madison Avenue
New York, New York 10022
*Attorneys for Plaintiff*
*Deutsche Bank Trust Company Americas*

Cede & Co.
55 Water Street
New York, New York 10041

Aurelius Capital Partners, LP
53 Forest Avenue, Second Floor
Old Greenwich, Connecticut 06870

The Bank of N.T. Butterfield & Son Limited
65 Front Street
Hamilton, Bermuda HM AX

Magnetar Constellation Master Fund, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Master Fund III, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Fund II, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Palmer Square 3 Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

PASA Funding 2007-1, Ltd.
c/o Ogier Fiduciary Services (Cayman) Limited
P.O. Box 1234 GT
Queensgate House, South Church Street
George Town, Grand Cayman KY1-1108
Cayman Islands, The British West Indies

Revelstoke CDO I Ltd.
c/o Maples Finance Limited
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town, Grand Cayman KY1-1108
Cayman Islands, The British West Indies

Silver Elms CDO plc
c/o Deutsche International Corporate Services (Ireland) Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

Stanton CDO I S.A.
c/o Omicron Investment Management GmbH
Herrengasse 1-3
1010 Vienna
Austria

UBS Absolute Return Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

UBS Global Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

ZAIS Opportunity Master Fund, LTD
P.O. Box 1984 GT
Elizabeth Square, George Town
Grand Cayman Islands, The British West Indies


Dated:  February 7, 2008                    By:   */s/ Kevin J. Biron*
                                                                            Kevin J. Biron (KB 1030)