UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

            Plaintiff,

    - against -

LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depositary Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes,

            Defendants.

-------------------------------------------------------------- X

SUMMONS IN A CIVIL ACTION
08 CV 0955 (PKC)

To: Cede & Co.
   55 Water Street
   New York, New York 10041

   LaCrosse Financial Products, LLC
   113 King Street
   Armonk, New York 10504

Aurelius Capital Partners, LP
53 Forest Avenue, Second Floor
Old Greenwich, Connecticut 06870

The Bank of N.T. Butterfield & Son Limited
65 Front Street
Hamilton, Bermuda HM AX

Magnetar Constellation Master Fund III, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Fund II, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Master Fund, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Palmer Square 3 Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

PASA Funding 2007-1, Ltd.
c/o Ogier Fiduciary Services (Cayman) Limited
P.O. Box 1234 GT
Queensgate House, South Church Street
George Town, Grand Cayman KY1-1108
Cayman Islands, The British West Indies

Revelstoke CDO I Ltd.
c/o Maples Finance Limited
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town, Grand Cayman KYI-1108
Cayman Islands, The British West Indies

Silver Elms CDO plc
c/o Deutsche International Corporate Services (Ireland) Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

Stanton CDO I S.A.
c/o Omicron Investment Management GmbH
Herrengasse 1-3
1010 Vienna
Austria

UBS Absolute Return Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

UBS Global Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

ZAIS Opportunity Master Fund, LTD
P.O. Box 1984 GT
Elizabeth Square, George Town
Grand Cayman Islands, The British West Indies

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

> NIXON PEABODY LLP
> Christopher M. Mason, Esq.
> 437 Madison Avenue
> New York, New York 10022
>
> Attorneys for Plaintiff
> Deutsche Bank Trust Company Americas

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated:    January 30, 2008

JAN 29 2008

_____
Date

J. MICHAEL McMAHON

_____
Clerk of the Court

*[signature]*
Deputy Clerk of the Court

Nixon Peabody LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and |     Case No. 2008 CV 0955 (PKC)
Securities Intermediary,
                        Plaintiff,
   -against-

LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder
Of certain Secured Notes an nominee name of the Depository Trust
Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF
N.T. BUTTERFIELD & SON LIMITED, et. al,                    **AFFIDAVIT OF SERVICE**

                             Defendants.
---------------------------------------------------------------X
STATE OF NEW YORK            )
                                  ) ss.:
COUNTY OF NEW YORK      )

     **DARREN HINDS,** being duly sworn, deposes and says:

          1.     That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

          2.     That on <u>January 31, 2008</u>, at approximately <u>10:40 a.m.</u>, I served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and INTERPLEADER COMPLAINT along with Exhibits "A-E" and Exhibits "1-17", Judges Rules and Attorney Cover Letter,** all upon **CEDE & CO., C/o Depositary Trust Company,** by Personal Service, via Ms. Michelle Patterson, who identified herself as an "Executive Assistant" as well as being authorized, as Agent to accept service on behalf of Cede & Co., C/o Depositary Trust Company, which service was effected at the actual place of business indicated below:

                             CEDE & CO.
                             C/o Depositary Trust Company
                             55 Water Street / 22nd Floor
                             New York, New York 10041

          3.     **Ms. Michelle Patterson** can best be described as:

African American Female – Brown skin – Black hair – Brown eyes - Approximately 33 – 43 years of age, 5'7" – 5'11" and 125 - 155 lbs.

Dated: January 31, 2008
        New York, New York

                                                                  _____
                                                                  DARREN HINDS
                                                                   License No.: 1194970

Sworn to before me on this the 31st day of January 2007.

                                           HOLLY ROLDAN
                                 Notary Public, State of New York
                                        No. 01RO6125752
                                Qualified in New York County
_____    Commission Expires April 20, 20__
NOTARY PUBLIC

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                                     POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-            NEW YORK, NEW YORK 10268
                                                                                      212-608-1555

*"We've built our reputation on your satisfaction"*