UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                              Plaintiff,

                - against -

LACROSSE FINANCIAL PRODUCTS, LLC,
CEDE & CO., as Holder of certain Secured Notes
and nominee name of the Depositary Trust
Company, AURELIUS CAPITAL PARTNERS,
LP, THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A., UBS ABSOLUTE RETURN BOND FUND,
a fund of UBS Funds, Inc., UBS GLOBAL BOND
FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial interests
in the Secured Notes,

                             Defendants.

SUMMONS IN A CIVIL ACTION
08 CV 0955 (PKC)

------------------------------------------------------------- X

To:    Cede & Co.
        55 Water Street
        New York, New York 10041

        LaCrosse Financial Products, LLC
        113 King Street
        Armonk, New York 10504

Aurelius Capital Partners, LP
53 Forest Avenue, Second Floor
Old Greenwich, Connecticut 06870

The Bank of N.T. Butterfield & Son Limited
65 Front Street
Hamilton, Bermuda HM AX

Magnetar Constellation Master Fund III, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Fund II, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Master Fund, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Palmer Square 3 Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

PASA Funding 2007-1, Ltd.
c/o Ogier Fiduciary Services (Cayman) Limited
P.O. Box 1234 GT
Queensgate House, South Church Street
George Town, Grand Cayman KY1-1108
Cayman Islands, The British West Indies

Revelstoke CDO I Ltd.
c/o Maples Finance Limited
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town, Grand Cayman KYI-1108
Cayman Islands, The British West Indies

Silver Elms CDO plc
c/o Deutsche International Corporate Services (Ireland) Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

Stanton CDO I S.A.
c/o Omicron Investment Management GmbH
Herrengasse 1-3
1010 Vienna
Austria

UBS Absolute Return Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

UBS Global Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

ZAIS Opportunity Master Fund, LTD
P.O. Box 1984 GT
Elizabeth Square, George Town
Grand Cayman Islands, The British West Indies

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

>    NIXON PEABODY LLP
>    Christopher M. Mason, Esq.
>    437 Madison Avenue
>    New York, New York 10022
>
>    Attorneys for Plaintiff
>    Deutsche Bank Trust Company Americas

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated:   January 30, 2008

JAN 29 2008

_____
Date

J. MICHAEL McMAHON

_____
Clerk of the Court

*[signature]*
Deputy Clerk of the Court

Nixon Peabody LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and    Case No. 2008 CV 0955 (PKC)
Securities Intermediary,
                               Plaintiff,
     -against-

LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder
Of certain Secured Notes an nominee name of the Depositary Trust
Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF
N.T. BUTTERFIELD & SON LIMITED, et. al.,                **AFFIDAVIT OF SERVICE**

                               Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**DARREN HINDS**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

2. That on <u>January 30, 2008</u>, at approximately <u>5:36 p.m.</u>, I served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and INTERPLEADER COMPLAINT along with Exhibtis "A-E" and Exhibits "1-17", Judges Rules and Attorney Cover Letter,** all upon **LACROSSE FINANCIAL PRODUCTS, LLC, C/o McKee Nelson LLP,** by Personal Service, via Mr. Kevin Biron, Esq. who identified herself as an "Associate" as well as being authorized, as Counsel to accept service on behalf of Lacrosse Financial Products, LLC, C/o McKee Nelson, LLP, which service was effected at the actual place of business indicated below:

> LACROSSE FINANCIAL PRODUCTS, LLC
> C/o McKee Nelson LLP
> One Battery Park Plaza / 34th Floor
> New York, New York 10004

3. **Mr. Kevin Biron, Esq.** can best be described as:

Male – White skin – Short Black hair – Brown eyes - Approximately 33 – 43 years of age, 5'11" – 6'2" and 155 - 195 lbs.

Dated: January 30, 2008
       New York, New York

_____
DARREN HINDS
License No.: 1194970

Sworn to before me on this the 30th day of January 2007.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20___

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.                    POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-            NEW YORK, NEW YORK 10268
                                                           212-608-1555

*"We've built our reputation on your satisfaction"*