UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEUTSCH BANK TRUST COMPANY AMERICAS**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**LACROSSE FINANCIAL PRODUCTS, LLC, ET AL.**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 0955 (PKC)**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION, INTERPLEADER COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE EXHIBITS UNDER SEAL, NOTICE OF MOTION TO FILE EXHIBITS UNDER SEAL, ATORNEY COVER LETTER AND EXHIBITS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 11, 2008**, at **12:02 PM**, I served the above described documents upon **UBS ABSOLUTE RETURN BOND FUND** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MARLIN ANDERSON / MESSAGE CENTER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **1 N WACKER DRIVE, CHICAGO, IL 60606.**

**DESCRIPTION:**  Gender: **F**   Race: **BLACK**   Age: **35**   Hgt: **5'4"**   Wgt: **150**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Robert D Fairbanks, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 11th day of February, 2008

_Joan C Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Rapid & Reliable Attorney Service, Inc.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36515