Nixon Peabody LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and | Case No. 2008 CV 0955 (PKC)
Securities Intermediary, |
                               Plaintiff, |
  -against- |
 |
LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder |
Of certain Secured Notes an nominee name of the Depositary Trust |
Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF | **AFFIDAVIT OF SERVICE**
N.T. BUTTERFIELD & SON LIMITED, et. al, |
                              Defendants. |
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

      **DARREN HINDS**, being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

    2.    That on February 07, 2008, at approximately 11:07 a.m., I served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and INTERPLEADER COMPLAINT along with Exhibits "A-E" and Exhibits "1-17", Judges Rules and Attorney Cover Letter,** all upon **AURELIUS CAPITAL PARTNERS LP, C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP,** by Personal Service, via Ms. Sylvia Andrew, who identified herself as an "Assistant to Managing Attorney" as well as being authorized, as Agent to accept service on behalf of Aureluis Capital Partners LP, C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP, which service was effected at the actual place of business indicated below:

            AURELIUS CAPITAL PARTNERS LP
            C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP
            1285 Avenue of Americas / Lobby
            New York, New York 10019

    3.    **Ms. Sylvia Andrew** can best be described as:

Female – White skin – Black / Brown hair – Brown eyes - Approximately 22 – 32 years of age, 5'7" – 5'11" and 195 - 240 lbs.

Dated: February 07, 2008
      New York, New York

                                                                       DARREN HINDS
                                                                        License No.: 1194970

Sworn to before me on this the 0_th_ day of February 2008.

NOTARY PUBLIC

                                        JENIQUE TORRES
                               Notary Public, State of New York
                                    No. 01TO6092182
                              Qualified in New York County
                            Commission Expires May 12, 2011

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                                            POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                       NEW YORK, NEW YORK 10268
                                                                                                     212-608-1555

*"We've built our reputation on your satisfaction"*