UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and | Case No. 2008 CV 0955 (PKC)
Securities Intermediary, |
                                     Plaintiff, |
  -against- |
|
LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder |
Of certain Secured Notes an nominee name of the Depositary Trust |
Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF | **AFFIDAVIT OF SERVICE**
N.T. BUTTERFIELD & SON LIMITED, et. al, |
|
                                   Defendants. |
-------------------------------------------------------------------X

STATE OF NEW YORK         )
                                 ) ss.:
COUNTY OF NEW YORK   )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

      2.    That on <u>February 07, 2008</u>, at approximately <u>11:07 a.m.</u>, I served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and INTERPLEADER COMPLAINT along with Exhibits "A-E" and Exhibits "1-17", NOTICE OF MOTION TO FILE EXHIBITS UNDER SEAL along with Exhibits "A-E" and Exhibit "1", Memorandum of Law In Support of Motion to File Exhibits Under Seal, Notice of Motion To File Exhibits Under Seal, Rules of Judge Castel, Rules of Magistrate Judge Freeman, Attorney Cover Letter**, all upon **AURELIUS CAPITAL PARTNERS LP, C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP**, by Personal Service, via Ms. Sylvia Andrew, who identified herself as an "Assistant to Managing Attorney" as well as being authorized, as Agent to accept service on behalf of Aureluis Capital Partners LP, C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP, which service was effected at the actual place of business indicated below:

                                    AURELIUS CAPITAL PARTNERS LP
                                    C/o Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                    1285 Avenue of Americas / Lobby
                                    New York, New York 10019

      3.    **Ms. Sylvia Andrew** can best be described as:

Female – White skin – Black / Brown hair – Brown eyes - Approximately 22 – 32 years of age, 5'7" – 5'11" and 195 - 240 lbs.

Dated: February 07, 2008
       New York, New York

                                                                                          DARREN HINDS
                                                                                          License No.: 1194970

Sworn to before me on this the 07th day of February 2008.

_____
     NOTARY PUBLIC

                                              JENIQUE TORRES
                                     Notary Public, State of New York
                                          No. 01TO6092182
                                     Qualified in New York County
                                   Commission Expires May 12, 2011

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                                                   POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                          NEW YORK, NEW YORK 10268
                                                                                                       212-608-1555

*"We've built our reputation on your satisfaction"*