UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                        Plaintiff,

             - against -                  No. 1:08 CV 00955 (LAK)

LACROSSE FINANCIAL PRODUCTS, LLC,     STIPULATED EXTENSION OF
CEDE & CO., as Holder of certain Secured Notes  TIME TO ANSWER, MOVE, OR
and nominee name of the Depositary Trust       OTHERWISE PLEAD FOR
Company, AURELIUS CAPITAL PARTNERS,     DEFENDANT CEDE & CO.
LP, THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A., UBS ABSOLUTE RETURN BOND FUND,
a fund of UBS Funds, Inc., UBS GLOBAL BOND
FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial interests
in the Secured Notes,

                      Defendants.
------------------------------------------------------------ X



      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Deutsche Bank

Trust Company Americas, as Trustee and Securities Intermediary (the "Trustee"), and Defendant

Cede & Co. as follows:

           1.          On January 29, 2008, the Trustee filed an Interpleader Complaint

(the "Complaint") in this action.

2.      The time for Cede & Co. to answer, move, or otherwise plead in response to the Complaint is currently February 20, 2008.

3.      There has been no previous requests for an adjournment or extension of time for Cede & Co. to answer, move, or otherwise plead in response to the Complaint.

4.      On February 15, 2008, a stipulated extension of time to answer, move, or otherwise plead in response to the Complaint until March 31, 2008 for Defendants Lacrosse Financial Products, LLC, Aurelius Capital Partners, LP, Magnetar Constellation Master Fund, Ltd., Magnetar Constellation Fund II, Ltd., and Magnetar Constellation Master Fund III, Ltd. was filed.

5.      The Trustee, which is in the process of serving other Defendants, consents to the same extension of time for Cede & Co. to answer, move, or otherwise plead in response to the Complaint to and including March 31, 2008.

6.      This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: February 19, 2008

NIXON PEABODY LLP

By: _____
Christopher M. Mason (CM-7146)

437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
cmason@nixonpeabody.com

Attorneys for Plaintiff
Deutsche Bank Trust Company Americas

CEDE & CO.

By: _____
Isaac Montal (IM-9018)

55 Water Street
New York, New York 10041
Telephone: (212) 855-3253
imontal@dtcc.com

Attorneys for Defendant Cede & Co.

SO ORDERED,

_____
U.S.D.J.

2/20/08