UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                                    Plaintiff,

             - against -

LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depositary Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes,

                                 Defendants.

-------------------------------------------------------------- X

No. 1:08 CV 00955 (LAK)

STIPULATED EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD FOR DEFENDANTS LACROSSE FINANCIAL PRODUCTS, LLC, AURELIUS CAPITAL PARTNERS, LP, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION FUND II, LTD., AND MAGNETAR CONSTELLATION MASTER FUND III, LTD.





       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Deutsche Bank Trust Company Americas, as Trustee and Securities Intermediary (the "Trustee"), and Defendants LaCrosse Financial Products, LLC, Aurelius Capital Partners, LP, Magnetar Constellation Master Fund, Ltd., Magnetar Constellation Fund II, Ltd., and Magnetar Constellation Master Fund III, Ltd., as follows:

1090848.1

1. On January 29, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

2. The time for Aurelius Capital Partners, LP to answer, move, or otherwise plead in response to the Complaint is currently February 27, 2008.

3. The time for Magnetar Constellation Master Fund, Ltd., Magnetar Constellation Fund II, Ltd., and Magnetar Constellation Master Fund III, Ltd. to answer, move, or otherwise plead in response to the Complaint is currently February 19, 2008.

4. The time for LaCrosse Financial Products, LLC, to answer, move, or otherwise plead in response to the Complaint is currently February 19, 2008.

5. There have been no previous requests for an adjournment or extension of time for any of the five Defendants named above to answer, move, or otherwise plead in response to the Complaint.

6. The Trustee, which is in the process of serving other Defendants, consents to an extension of time for each of the five Defendants named above to answer, move, or otherwise plead in response to the Complaint to and including March 31, 2008.

7. This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: February 15, 2008

- 3 -

NIXON PEABODY LLP

By: _____
Christopher M. Mason (CM-7146)

437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
cmason@nixonpeabody.com

Attorneys for Plaintiff
Deutsche Bank Trust Company Americas

SO ORDERED:

_____
U.S.D.J.

2/19/08

                    OTTERBOURG, STEINDLER, HOUSTON
                    & ROSEN, P.C.

By: *[signature]*
      Peter Feldman (PF-3271)

230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (917) 306-4449
pfeldman@oshr.com

Counsel for Interpleader Defendants
Magnetar Constellation Master Fund, Ltd.,
Magnetar Constellation Master Fund III,
Ltd., and Magnetar Constellation Fund II,
Ltd.

McKEE NELSON LLP

By: _____
Scott E. Eckas (SE 7479)

One Battery Park Plaza
34th Floor
New York, New York 10004
Telephone: (917) 777-4200
Facsimile:  (917) 777-4299
seckas@mckeenelson.com

Attorneys for Defendant
LaCrosse Financial Products, LLC

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____/s/ Alan R. Friedman_____
Alan R. Friedman (AF0847)

1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
afriedman@kramerlevin.com

Attorneys for Defendant
Aurelius Capital Partners, LP