```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEUTSCHE BANK TRUST COMPANY AMERICAS,

                Plaintiff,

      -against-                                        08 Civ. 0955 (LAK)

LACROSSE FINANCIAL PRODUCTS, LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to seal exhibits [docket item 3] is granted.

        SO ORDERED.

Dated:      March 21, 2008

                                                          _____
                                                             Lewis A. Kaplan
                                                        United States District Judge