UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                Plaintiff,

      - against -

LACROSSE FINANCIAL PRODUCTS, LLC,
CEDE & CO., as Holder of certain Secured Notes
and nominee name of the Depositary Trust
Company, AURELIUS CAPITAL PARTNERS,
LP, THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A , UBS ABSOLUTE RETURN BOND
FUND, a fund of UBS Funds, Inc., UBS GLOBAL
BOND FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial
interests in the Secured Notes,

                Defendants.

----------------------------------------------------------------- X

No. 1:08 CV 00955 (LAK)

STIPULATED EXTENSION OF
TIME TO ANSWER, MOVE, OR
OTHERWISE PLEAD FOR
DEFENDANTS UBS ABSOLUTE
RETURN BOND FUND, A FUND
OF UBS FUNDS, INC., AND UBS
GLOBAL BOND FUND, A FUND
OF UBS FUNDS, INC.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

      It is hereby STIPULATED by and between Plaintiff, Deutsche Bank Trust Company Americas, as Trustee and Securities Intermediary (the "Trustee"), and Defendants, UBS Absolute Return Bond Fund, a fund of UBS Funds, Inc., and UBS Global Bond Fund, a fund of UBS Funds, Inc. (collectively, the "UBS Funds") as follows:

L # 724318 v 1

1. On January 29, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

2. On March 11, 2008, the UBS Funds, through their counsel, accepted service of the Complaint.

3. The time for the UBS Funds to answer, move or otherwise plead in response to the Complaint is currently March 31, 2008.

4. There have been no previous requests for an adjournment or extension of time for the UBS Funds to answer, move or otherwise plead in response to the Complaint.

5. The Trustee, which is in the process of serving other defendants, consents to a thirty (30) day extension of time for the UBS Funds to answer, move or otherwise plead in response to the Complaint to and including April 30, 2008.

6. This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: March 18, 2008

L # 724318 v 1

NIXON PEABODY LLP

By: _____
Christopher M. Mason (CM-7146)

437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
cmason@nixonpeabody.com

Attorneys for Plaintiff
Deutsche Bank Trust Company Americas

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

3/24/08

3

I # 724318 v 1

BRYAN CAVE LLP

By: _____
    Eric Rieder

1290 Avenue of the Americas
New York, NY 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-1457
ERieder@bryancave.com


STRADLEY RONON STEVENS &
YOUNG, LLP

Keith R. Dutill
Leslie M. Greenspan
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone: (610) 640-5800
Facsimile: (610) 640-1965
kdutill@stradley.com
lgreenspan@stradley.com


Attorneys for Defendants
UBS Absolute Return Fund, a fund of
UBS Funds, Inc., and UBS Global
Bond Fund, a fund of UBS Funds, Inc.

L # 724318 v 1