Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY )
AMERICAS, as Trustee and Securities )
Intermediary, )
 )
              Plaintiff, )
 )
- against - )
 )
LACROSSE FINANCIAL PRODUCTS, LLC, )
CEDE & CO., as Holder of certain Secured )
Notes and nominee name of the Depositary )  Case No.: 1:08 CV 0955 (LAK)
Trust Company, AURELIUS CAPITAL )
PARTNERS, LP, THE BANK OF N.T. )  Honorable Lewis A. Kaplan
BUTTERFIELD & SON LIMITED, )
MAGNETAR CONSTELLATION MASTER )  **Electronically Filed**
FUND, LTD., MAGNETAR )
CONSTELLATION MASTER FUND III, )
LTD., MAGNETAR CONSTELLATION )
FUND II, LTD., PALMER SQUARE 3 )
LIMITED, PASA FUNDING 2007-1, LTD., )
REVELSTOKE CDO I LTD., SILVER ELMS )
CDO plc, STANTON CDO I S.A., UBS )
ABSOLUTE RETURN BOND FUND, a fund )
of UBS Funds, Inc., UBS GLOBAL BOND )
FUND, a fund of UBS Funds, Inc., ZAIS )
OPPORTUNITY MASTER FUND, LTD, and )
DOES 1 through 100, owners of beneficial )
interests in the Secured Notes, )
 )
              Defendants. )
 )



RECEIVED APR -2 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Deutsche Bank Trust Company Americas, as Trustee and Securities Intermediary (the

"Trustee"), and Defendants LaCrosse Financial Products, LLC, Aurelius Capital Partners, LP,

Magnetar Constellation Master Fund, Ltd, Magnetar Constellation Fund II, Ltd, and Magnetar

Constellation Master Fund III, Ltd (collectively, the "Stipulating Defendants"), as follows:

1000111.1

1.  On January 29, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

2.  The time for the Stipulating Defendants to answer, move, or otherwise plead in response to the Complaint is currently March 31, 2008.

3.  There has been one previous request for an adjournment or extension of time to answer, move, or otherwise plead in response to the Complaint.

4.  Certain Defendants that were served with the Complaint after dates on which Stipulating Defendants were served with, or accepted service of, the Complaint currently are scheduled to respond to the Complaint on April 30, 2008. (Certain other Defendants are in the process of being served pursuant to the Hague Convention.) In order that Defendants in this interpleader action, to the extent possible, can respond to the Complaint on the same timetable, the Trustee consents to the extension of time for each of the Stipulating Defendants named above also to answer, move, or otherwise plead in response to the Complaint to and including April 30, 2008.

5.  This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated:  March 31, 2008
        New York, New York

NIXON PEABODY LLP

By: _____
Christopher M. Mason (CM-7146)

437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
cmason@nixonpeabody.com

Attorneys for Plaintiff
Deutsche Bank Trust Company Americas

MCKEE NELSON LLP

By: _____
Scott E. Eckas (SE-7479)

One Battery Park Plaza
34th Floor
New York, New York 10004
Telephone: (917) 777-4200
Facsimile: (917) 777-4299
seckas@mckeenelson.com

Attorneys for Defendant
LaCrosse Financial Products, LLC

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.

By: _____
Peter Feldman (PF-3271)

230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (917) 306-4449
pfeldman@oshr.com

Attorneys for Defendants
Magnetar Constellation Master Fund, Ltd,
Magnetar Constellation Master Fund III,
Ltd, and Magnetar Constellation Fund II,
Ltd

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
Alan R. Friedman (AF-0867)

1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
afriedman@kramerlevin.com

Attorneys for Defendant
Aurelius Capital Partners, LP

| | |
|---|---|
| NIXON PEABODY LLP<br><br>By: _____<br>Christopher M. Mason (CM-7146)<br><br>437 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-3000<br>Facsimile: (866) 947-2229<br>cmason@nixonpeabody.com<br><br>Attorneys for Plaintiff<br>Deutsche Bank Trust Company Americas | MCKEE NELSON LLP<br><br>By: /s/ Scott E. Eckas<br>Scott E. Eckas (SE-7479)<br><br>One Battery Park Plaza<br>34th Floor<br>New York, New York 10004<br>Telephone: (917) 777-4200<br>Facsimile: (917) 777-4299<br>seckas@mckeenelson.com<br><br>Attorneys for Defendant<br>LaCrosse Financial Products, LLC |
| OTTERBOURG, STEINDLER,<br>HOUSTON & ROSEN, P.C.<br><br>By: /s/ Peter Feldman<br>Peter Feldman (PF-3271)<br><br>230 Park Avenue<br>New York, New York 10169<br>Telephone: (212) 661-9100<br>Facsimile: (917) 306-4449<br>pfeldman@oshr.com<br><br>Attorneys for Defendants<br>Magnetar Constellation Master Fund, Ltd,<br>Magnetar Constellation Master Fund III,<br>Ltd, and Magnetar Constellation Fund II,<br>Ltd | KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br><br>By: _____<br>Alan R. Friedman (AF-0867)<br><br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>afriedman@kramerlevin.com<br><br>Attorneys for Defendant<br>Aurelius Capital Partners, LP |

SO ORDERED this ___ day of ___, 2008

_____
U.S.D.J.

1000111.1  - 3 -

| | |
|---|---|
| NIXON PEABODY LLP | MCKEE NELSON LLP |
| By: _____<br>Christopher M. Mason (CM-7146)<br><br>437 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-3000<br>Facsimile: (866) 947-2229<br>cmason@nixonpeabody.com<br><br>Attorneys for Plaintiff<br>Deutsche Bank Trust Company Americas | By: _____<br>Scott E. Eckas (SE-7479)<br><br>One Battery Park Plaza<br>34th Floor<br>New York, New York 10004<br>Telephone: (917) 777-4200<br>Facsimile: (917) 777-4299<br>seckas@mckeenelson.com<br><br>Attorneys for Defendant<br>LaCrosse Financial Products, LLC |
| OTTERBOURG, STEINDLER,<br>HOUSTON & ROSEN, P.C. | KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP |
| By: _____<br>Peter Feldman (PF-3271)<br><br>230 Park Avenue<br>New York, New York 10169<br>Telephone: (212) 661-9100<br>Facsimile: (917) 306-4449<br>pfeldman@oshr.com<br><br>Attorneys for Defendants<br>Magnetar Constellation Master Fund,<br>Ltd., Magnetar Constellation Master Fund<br>III, Ltd., and Magnetar Constellation<br>Fund II, Ltd. | By: */s/ Alan R. Friedman*<br>Alan R. Friedman (AF-0867)<br><br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>afriedman@kramerlevin.com<br><br>Attorneys for Defendant<br>Aurelius Capital Partners, LP |

SO ORDERED this ___ day of _____, 2008

_____
U.S.D.J.

- 3 -