# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DEUTCHE BANK TRUST
COMPANYAMERICAS, as Trustee and
Securities Intermediary

Plaintiff,

-v-

LACROSSE FINANCIAL PRODUCTS,
LLC, et al.

Defendant.

Case No. 08 CV 0955 (LAK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Cede & Co., as nominee of the Depository Trust Co.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:**   April 7, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** (EH 9940)