Eric P. Heichel (EH 9940)
Jonathan C. Marquet (JM 0317)
Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, New York 10022
(212) 752-1000
Attorneys For Cede & Co. As Nominee For
The Depository Trust Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEUTCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                              Plaintiff.

     - against –

LACROSSE FINANCIAL PRODUCTS, LLC,
CEDE & CO., as Holder of certain Secured Notes
And nominee name of the Depository Trust
Company, AURELIUS CAPITAL PARTNERS,
LP, THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I.S.A.., UBS ABSOLUTE RETURN BOND FUND,
A fund of UBS Funds, Inc., UBS GLOBAL BOND
FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial interests
In the Secured Notes,

                             Defendants.
------------------------------------------------------------X

Case No.
08 CV 0955 (LAK)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK  )
                   )   ss.:
COUNTY OF NEW YORK )

       LAHAVAH WALLACE, affirms and says:

       I am employed by Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., attorneys for defendant Cede & Co., as nominee for the Depository Trust Company. I am over the age of eighteen years and not a party to this action.

       On April 7, 2008 I served defendant's **ANSWER OF CEDE & CO. AS NOMINEE FOR THE DEPOSITORY TRUST COMPANY TO INTERPLEADER COMPLAINT**, dated April 7, 2008, upon the parties on the annexed list by first class mail, by depositing a true copy of same in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the following, which is the last known address of the addressee, to wit:

ERIC RIEDER
**BRYAN CAVE LLP**
**1290 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10104-3300**

KEITH R. DUTILL
LESLIE M. GREENSPAN
**STRADLEY RONON STEVENS**
**& YOUNG, LLP**
**30 VALLEY STREAM PARKWAY**
**MALVERN, PA 19355-1481**

PETER FELDMAN
**OTTERBOURG, STEINDLER,**
**HOUSTON & ROSEN, P.C.**
**230 Park avenue**
**New York, NY 10169**

**Alan R. Frieman**
**KRAMER LEVINE NAFTALIST**
**& FRANKEL LLP**
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Affirmed to before me this
7th day of April 2008

_____
NOTARY PUBLIC

LAHAVAH WALLACE

JONATHAN MARQUET
Notary Public, State of New York
No. 02MA6175927
Qualified in Kings County
Commission Expires October 22, 2011