# MEMO ENDORSED



SCANNED ORIGINAL

**BRYAN CAVE LLP**
By: Eric Rieder (ER 2021)
    Thomas J. Schell (TS 5075)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants UBS Absolute Return Fund,
a fund of UBS Funds, Inc., and UBS Global Bond Fund,
a fund of UBS Funds, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                Plaintiff,

    - against -

LACROSSE FINANCIAL PRODUCTS, LLC,
CEDE & CO., as Holder of certain Secured Notes
and nominee name of the Depositary Trust
Company, AURELIUS CAPITAL PARTNERS,
LP, THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A., UBS ABSOLUTE RETURN BOND
FUND, a fund of UBS Funds, Inc., UBS GLOBAL
BOND FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial
interests in the Secured Notes,

                Defendants.

------------------------------------------------------------

No. 1:08 CV 00955 (LAK)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE*
OF KEITH R. DUTILL**

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/11

C068454/0219391/1476806.2

PLEASE TAKE NOTICE that, upon the affirmation of Thomas J. Schell, dated April 8, 2008, annexed hereto as Exhibit 1, and the affidavit of Keith R. Dutill, annexed hereto as Exhibit 2, together with the exhibit annexed thereto, Defendants UBS Absolute Return Fund, a fund of UBS Funds, Inc., and UBS Global Bond Fund, a fund of UBS Funds, Inc., by their attorneys Bryan Cave LLP, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, in the form annexed hereto as Exhibit 3, admitting Keith R. Dutill, a member in good standing of the State Bar of Pennsylvania, to the Bar of this Court, *pro hac vice*.

Dated: New York, New York
April 8, 2008

BRYAN CAVE LLP

By: _____
Thomas J. Schell (TS 5075)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants UBS*
*Absolute Return Fund, a fund of UBS*
*Funds, Inc., and UBS Global Bond*
*Fund, a fund of UBS Funds, Inc.*

TO:

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
Attn: Christopher M. Mason, Esq.

*Attorneys for Plaintiff*
*Deutsche Bank Trust Company*
*Americas*

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.
805 Third Avenue
New York, NY 10022
(212) 752-1000
Attn: Erick P. Heichel
Jonathan C. Marquet

*Attorneys for Cede & Co. As Nominee for The*
*Depository Trust Company*

C068454/0219391/1476806.2