UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | X : : | |
| Plaintiff, | : : : | Case No.:  08 CV 0955 |
| - against - | : : | **AFFIDAVIT OF SERVICE UPON REVELSTOKE CDO I LIMITED** |
| LACROSSE FINANCIAL PRODUCTS, LLC, et al., | : : : | |
| Defendants. | : X | |

I, Patricia Dawkins, Process Server, do hereby make oath and do solemnly swear:

1. That I am a non-party to this action over the age of 21 years and a resident of the Cayman Islands, which is a territory of the United Kingdom;

2. That I am employed as a clerk by Broadhurst Barristers, a law firm whose business address is 40 Linwood Street, George Town, Grand Cayman, Cayman Islands, and am authorized to serve legal process in the Cayman Islands;

3. That on or about April 7, 2008, I was instructed by Kyle Broadhurst, a barrister and attorney admitted to practice law in the Cayman Islands employed by Broadhurst Barristers, in turn acting upon the instructions of Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting on the instructions of plaintiff's attorneys of the law firm Nixon Peabody LLP, to effect service of the following documents upon defendant Revelstoke CDO I Limited ("Revelstoke"):

    • Hague Service Convention "Notice"
    • Hague Service Convention "Summary of the Document to be Served" with Attachment A
    • Order
    • Notice of Motion to File Exhibits under Seal
    • Declaration of Christopher M. Mason (with Exhibit 1 & Exhibits A-E)
    • Memorandum of Law in Support of Motion to File Exhibits under Seal

- Summons in a Civil Action
- Interpleader Complaint with Exhibits A-E
- Individual Practices for Judge Lewis A. Kaplan
- Individual Practices for Magistrate Judge Debra Freeman

4. That according to the Cayman Islands Registrar of Companies, the registered office and address for service of process upon Revelstoke is c/o Maples Finance Limited, Queensgate House, 113 South Church Street, George Town, Grand Cayman, Cayman Islands (See Cayman Islands Registrar of Companies report, attached hereto as Exhibit A);

5. That on the 8th day of April 2008 at approximately 11:40 a.m., I did personally travel to the above-referenced address at Queensgate House where I met with a receptionist who informed me that the registered office for Maples Finance Limited is now located on the 4th Floor of Boundary Hall, Cricket Square, George Town, Grand Cayman; that I proceeded to Boundary Hall where I met with a receptionist who confirmed I was at the correct address of the company; that I then met with Phillipa White, Vice-President of Structured Finance Division of Maples Finance Limited, who advised me that she was authorized to accept service of process on behalf of Revelstoke; that I handed the documents to her and said, "You are served with legal process on behalf of Revelstoke CDO I Limited";

6. That Ms. White accepted the above-mentioned documents and then signed, stamped and dated Broadhurst Barristers' cover letter and a duplicate copy of the Summons, attached hereto as Exhibit B, as confirmation of receipt;

7. That Ms. White is caucasian, in her late 30's approximately 5'3" tall with a medium build and blonde hair;

8. That I believe service upon Revelstoke CDO I Limited to have been effected in accordance with a method prescribed by the internal laws of the Cayman Islands for civil matters within this jurisdiction and thus in accordance with sub-paragraph (b) of Article 10 of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial  and Extrajudicial Documents in Civil or Commercial Matters*; and

9.  That all information herein given accords with the rules and customary procedures applicable and operative in the Cayman Islands at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and the Cayman Islands that the foregoing statements are true and accurate to the best of my knowledge and belief.

_____
Patricia Dawkins, Process Server

Sworn before me in George Town            )
Grand Cayman, Cayman Islands              )
This _14th_ day of April 2008             )

_____
Notary Public

# EXHIBIT A

# CAYMAN ISLANDS REGISTRAR OF COMPANIES SEARCH REPORT FOR REVELSTOKE CDO I LIMITED



CAYMAN ISLANDS

# Search Report

**Entity Name :**   Revelstoke CDO I Limited

**Jurisdiction :**   Cayman Islands

**Registration Number :**   128845

**Registration Date :**   09 September 2003

**Entity Type :**   EXEMPT

**Registered Office :**   MAPLES FINANCE LIMITED
PO BOX      1093      GT
QUEENSGATE HOUSE, 113
SOUTH CHURCH STREET,

**Status :**   ACTIVE

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE
  NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING



# EXHIBIT B

# SIGNED LETTER AND SUMMONS
# CONFIRMING SERVICE

# BROADHURST BARRISTERS

April 8, 2008

*Phillipa White*
rec'd  8 April 2008
BY HAND

Revelstoke CDO I Limited
C/o Maples Finance Limited
PO Box 1093 GT
Queensgate House, 113
South Church Street.

Dear Sirs,

**Re:    Deutsche Bank Trust Company Americas v. LaCrosse Financial Products, LLC**

We have been instructed with respect to the service of the following documents upon you:

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary" with Attachment "A"
3. Order
4. Notice of Motion to File Exhibits under seal
5. Declaration of Christopher M. Mason (wish Exhibit 1 & Exhibits A-E
6. Memorandum of Law in support of Motion to File exhibits under seal
7. Summons in a Civil Action
8. Interpleader Complaint with Exhibits A-E
9. Individual Practices for Judge Lewis A. Kaplan
10. Individual Practices for Magistrate Judge Debra Freeman

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter and by executing the duplicate copy of the documents also appended hereto.

Yours sincerely,
**Broadhurst Barristers**

Kyle Broadhurst

Attorneys-at-Law