UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK TRUST COMPANY AMERICAS                    X
                                                        :
                                                        :    Case No.: 08 CV 0955
                                       Plaintiff,       :
                                                        :
              - against -                               :    **AFFIDAVIT OF SERVICE UPON**
                                                        :    **PASA FUNDING 2007, LTD.** *a/k/a*
LACROSSE FINANCIAL PRODUCTS, LLC, et                    :    **PASA FUNDING 2007-1, LTD.**
al.,                                                    :
                                                        :
                                      Defendants.       :
--------------------------------------------------------X

I, Patricia Dawkins, Process Server, do hereby make oath and do solemnly swear:

1. That I am a non-party to this action over the age of 21 years and a resident of the Cayman Islands, which is a territory of the United Kingdom;

2. That I am employed as a clerk by Broadhurst Barristers, a law firm whose business address is 40 Linwood Street, George Town, Grand Cayman, Cayman Islands, and am authorized to serve legal process in the Cayman Islands;

3. That on or about April 7, 2008, I was instructed by Kyle Broadhurst, a barrister and attorney admitted to practice law in the Cayman Islands employed by Broadhurst Barristers, in turn acting upon the instructions of Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting on the instructions of plaintiff's attorneys of the law firm Nixon Peabody LLP, to effect service of the following documents upon defendant Pasa Funding 2007, Ltd. a/k/a Pasa Funding 2007-1 Ltd. ("Pasa"):

   - Hague Service Convention "Notice"
   - Hague Service Convention "Summary of the Document to be Served" with Attachment A
   - Order
   - Notice of Motion to File Exhibits under Seal
   - Declaration of Christopher M. Mason (with Exhibit 1 & Exhibits A-E)
   - Memorandum of Law in Support of Motion to File Exhibits under Seal

- Summons in a Civil Action
- Interpleader Complaint with Exhibits A-E
- Individual Practices for Judge Lewis A. Kaplan
- Individual Practices for Magistrate Judge Debra Freeman

4. That according to the Cayman Islands Registrar of Companies, the registered office and address for service of process upon Pasa Funding 2007, Ltd. is c/o Ogier Fiduciary Services (Cayman) Limited, Queensgate Building, 3rd Floor, 113 South Church Street, George Town, Grand Cayman, Cayman Islands (See Cayman Islands Registrar of Companies report, attached hereto as Exhibit A);

5. That on the 8th day of April 2008 at approximately 11:00 a.m., I did personally travel to the above-referenced address at Queensgate Building where I met with a receptionist who informed me that the corporate office for Ogier Fiduciary Services is on the 3rd Floor at Boundary Hall, Cricket Square, George Town, Grand Cayman; that I went to the 3rd Floor at Boundary Hall, Cricket Square and confirmed with a receptionist that this was the proper address for Ogier Fiduciary Services; that I then met with Scott Dakers, Associate Director of Ogier Fiduciary Services, who advised me that he was authorized to accept service of process on behalf of Pasa; that I handed the documents to him and said, "You are served with legal process on behalf of Pasa Funding 2007 Limited";

6. That Mr. Dakers accepted the above-mentioned documents and then signed and dated Broadhurst Barristers' cover letter and a duplicate copy of the Summons, attached hereto as Exhibit B, as confirmation of receipt;

7. That Mr. Dakers is caucasian, in his early 40's, approximately 5'9" tall with a slim build;

8. That I believe service upon Pasa Funding 2007 Limited a/k/a Pasa Funding 2007-1 Limited to have been effected in accordance with a method prescribed by the internal laws of the Cayman Islands for civil matters within this jurisdiction and thus in accordance with sub-paragraph (b) of Article 10 of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

9. That all information herein given accords with the rules and customary procedures applicable and operative in the Cayman Islands at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and the Cayman Islands that the foregoing statements are true and accurate to the best of my knowledge and belief.

_____
Patricia Dawkins, Process Server


Sworn before me in George Town        )
Grand Cayman, Cayman Islands          )
This __14th__ day of April 2008       )

_____
Notary Public

# EXHIBIT A

## CAYMAN ISLANDS REGISTRAR OF COMPANIES SEARCH REPORT FOR PASA FUNDING 2007 LTD.



CAYMAN ISLANDS

# Search Report

| | |
|---|---|
| **Entity Name :** | PASA Funding 2007, Ltd. |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 177672 |
| **Registration Date :** | 20 November 2006 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | OGIER FIDUCIARY SERVICES (CAYMAN) LIMITED<br>PO BOX      1234      GT<br>QUEENSGATE BUILDING, 3RD FLOOR<br>113 SOUTH CHURCH STREET |
| **Status :** | ACTIVE |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING



# EXHIBIT B

## SIGNED LETTER AND SUMMONS CONFIRMING SERVICE

# BROADHURST BARRISTERS

April 8, 2008

BY HAND

PASA Funding 2007-1 Ltd.
C/o Ogier Fiduciary Services (Cayman) Limited
Queensgate Building, 3rd Floor
113 South Church Street

Dear Sirs,

**Re:   Deutsche Bank Trust Company Americas v. LaCrosse Financial Products, LLC**

We have been instructed with respect to the service of the following documents upon you:

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary" with Attachment "A"
3. Order
4. Notice of Motion to File Exhibits under seal
5. Declaration of Christopher M. Mason (wish Exhibit 1 & Exhibits A-E
6. Memorandum of Law in support of Motion to File exhibits under seal
7. Summons in a Civil Action
8. Interpleader Complaint with Exhibits A-E
9. Individual Practices for Judge Lewis A. Kaplan
10. Individual Practices for Magistrate Judge Debra Freeman

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter and by executing the duplicate copy of the documents also appended hereto.

Yours sincerely,
**Broadhurst Barristers**

*[signature]*
Kyle Broadhurst

*[signature]* Scott Dancer, Associate
8/4/08  11am,   Director

Attorneys-at-Law

40 Linwood Street • P.O. Box 2503 GT • George Town • Grand Cayman • Cayman Islands • British West Indies
Tel: (345) 949-7237 • Fax: (345) 949-7725 • E-Mail: kyle@broadhurstbarristers.com