UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK TRUST COMPANY AMERICAS,

           Plaintiff,

- against -

LACROSSE FINANCIAL PRODUCTS, LLC, et al.,

           Defendants.

---

Case No.: 08 CV 0955

**AFFIDAVIT OF SERVICE UPON THE BANK OF N.T. BUTTERFIELD & SON LTD.**

---

I, Jaymo Durham, Barrister and Attorney, of the City of Hamilton in the Islands of Bermuda, duly admitted to the Bar and licensed under the laws of Bermuda, being duly sworn, make oath and say as follows:

1. That I am a non-party to this action over the age of 21 years and an adult resident of Bermuda, which is a territory of the United Kingdom;

2. That I am employed as an associate attorney by Smith & Co., a law firm whose business address is 95 Front Street, Hamilton, HM12, Bermuda and am authorized to serve legal process in Bermuda;

3. That on or about April 7, 2008, I was instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting on the instructions of plaintiff's attorneys of the law firm Nixon Peabody, to effect service of the following documents upon defendant The Bank of N.T. Butterfield and Son, Ltd. ("Bank"):

    - Hague Service Convention "Notice"
    - Hague Service Convention "Summary of the Document to be Served" with Attachment A
    - Order
    - Notice of Motion to File Exhibits under Seal
    - Declaration of Christopher M. Mason (with Exhibit 1 & Exhibits A-E)
    - Memorandum of Law in Support of Motion to File Exhibits under Seal
    - Summons in a Civil Action

- Interpleader Complaint with Exhibits A-E
- Individual Practices for Judge Lewis A. Kaplan
- Individual Practices for Magistrate Judge Debra Freeman

4. That according to plaintiff's counsel, the Bank headquarters is located at 65 Front Street, Hamilton HM AX, Bermuda

5. That on the 9th day of April 2008 at approximately 11:45 a.m., I did personally travel to the Bank headquarters on Front Street where I met with Allisen Bailey, VP of Group Compliance, who advised me that she was authorized to accept service of process on behalf of the Bank in the absence of the Bank's in-house counsel, Mr. Peter Rodger, who was on leave; that I handed the documents to her and informed her she was being served with legal process on behalf of The Bank of N.T. Butterfield and Son, Limited;

6. That Ms. Bailey accepted the above-mentioned documents and then signed and dated a duplicate copy of the Summons, attached hereto as Exhibit A;

7. That Ms. Bailey is a white female, in her late 30s, approximately 5'7" tall with a slim build and bleach blonde hair;

8. That according to the Bermuda Registrar of Companies, the registered office and address for service of process upon The Bank of N.T. Butterfield and Son, Ltd. is c/o Butterfield Corporate Services Limited, Rosebank Centre, 11 Bermudiana Road, Pembroke, Bermuda (See Bermuda Registrar of Companies report, attached hereto as Exhibit B);

9. That on the 16th day of April 2008 at approximately 11:15 am, I did travel to Butterfield Corporate Services Limited, known now as Butterfield Fund Services, at Rosebank Centre where I met with Megan Colley, attorney for Butterfield Fund Services; that I explained the purpose of my visit and Ms. Colley informed me she was not authorized to accept service on behalf of the Bank; that Ms. Colley referred me to the Bank's in-house counsel, Peter Rodger;

10. That Ms. Colley is caucasian, in her 40s, approximately 5'5" tall with short, brunette hair;

11. That on the 16th day of April 2008 at approximately 11:40 am, I did travel to the Bank's headquarters at 65 Front Street, where I met with Peter J.M. Rodger, Senior Vice President,

Group Legal Adviser and Secretary to the Board, who had returned from leave; Mr. Rodger indicated he was authorized to accept service on behalf of The Bank; that I handed the above-referenced documents to Mr. Rodger and informed him he was being served with process on behalf of The Bank of N.T. Butterfield and Son, Ltd. and Mr. Rodger accepted the documents but refused to sign a copy of the Summons confirming receipt;

12. That Mr. Rodger is caucasian, in his 60s, approximately 5'9" tall and 175 pounds;

13. That I believe service upon The Bank of N.T. Butterfield and Son, Limited to have been effected in accordance with a method prescribed by the internal laws of Bermuda for civil matters within this jurisdiction and thus in accordance with sub-paragraph (b) of Article 10 of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

14. That all information herein given accords with the rules and customary procedures applicable and operative in Bermuda at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and Bermuda that the foregoing statements are true and accurate to the best of my knowledge and belief.

                                                Jaymo Durham
                                                Barrister and Attorney

Sworn before me in Hamilton    )
Bermuda    )
This 22 day of April 2008    )

_____
Notary Public

CHRISTOPHER E. SWAN
Barrister & Attorney
NOTARY PUBLIC



# EXHIBIT A

# COPY OF SUMMONS SIGNED BY ALLISEN BAILEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DEUTSCHE BANK TRUST COMPANY                                  :
AMERICAS, as Trustee and Securities                          :
Intermediary,                                                :
                                                             :
                                    Plaintiff,               :
                                                             :
          - against -                                        :
                                                             :
LACROSSE FINANCIAL PRODUCTS, LLC,                            :   SUMMONS IN A CIVIL ACTION
CEDE & CO., as Holder of certain Secured Notes               :   08 CV 0955 (PKC)
and nominee name of the Depositary Trust                     :
Company, AURELIUS CAPITAL PARTNERS,                          :
LP, THE BANK OF N.T. BUTTERFIELD & SON                       :
LIMITED, MAGNETAR CONSTELLATION                              :
MASTER FUND, LTD., MAGNETAR                                  :
CONSTELLATION MASTER FUND III, LTD.,                         :
MAGNETAR CONSTELLATION FUND II,                              :
LTD., PALMER SQUARE 3 LIMITED, PASA                          :
FUNDING 2007-1, LTD., REVELSTOKE CDO I                       :
LTD., SILVER ELMS CDO plc, STANTON CDO                       :
I S.A., UBS ABSOLUTE RETURN BOND FUND,                       :
a fund of UBS Funds, Inc., UBS GLOBAL BOND                   :
FUND, a fund of UBS Funds, Inc., ZAIS                        :
OPPORTUNITY MASTER FUND, LTD, and                            :
DOES 1 through 100, owners of beneficial interests           :
in the Secured Notes,                                        :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X

To:   Cede & Co.
      55 Water Street
      New York, New York 10041

      LaCrosse Financial Products, LLC
      113 King Street
      Armonk, New York 10504

Received by
Allison Baillie
VP Group Compliance
9/08 @ 11:47 AM

Aurelius Capital Partners, LP
53 Forest Avenue, Second Floor
Old Greenwich, Connecticut 06870

The Bank of N.T. Butterfield & Son Limited
65 Front Street
Hamilton, Bermuda HM AX

Magnetar Constellation Master Fund III, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Fund II, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Magnetar Constellation Master Fund, Ltd.
c/o M&C Corporate Services Limited
P.O. Box 309 GT
Ugland House
South Church Street
George Town, Grand Cayman KY1-1104
Cayman Islands, The British West Indies

Palmer Square 3 Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

PASA Funding 2007-1, Ltd.
c/o Ogier Fiduciary Services (Cayman) Limited
P.O. Box 1234 GT
Queensgate House, South Church Street
George Town, Grand Cayman KY1-1108
Cayman Islands, The British West Indies

Revelstoke CDO I Ltd.
c/o Maples Finance Limited
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town, Grand Cayman KYI-1108
Cayman Islands, The British West Indies

Silver Elms CDO plc
c/o Deutsche International Corporate Services (Ireland) Limited
5 Harbourmaster Place
International Financial Services Centre
Dublin 1
Ireland

Stanton CDO I S.A.
c/o Omicron Investment Management GmbH
Herrengasse 1-3
1010 Vienna
Austria

UBS Absolute Return Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

UBS Global Bond Fund
One North Wacker Drive
Chicago, Illinois 60606

ZAIS Opportunity Master Fund, LTD
P.O. Box 1984 GT
Elizabeth Square, George Town
Grand Cayman Islands, The British West Indies

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

>NIXON PEABODY LLP
>Christopher M. Mason, Esq.
>437 Madison Avenue
>New York, New York 10022
>
>Attorneys for Plaintiff
>Deutsche Bank Trust Company Americas

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated:    January 30, 2008

_____                                J. MICHAEL McMAHON
Date

                                                                                    Clerk of the Court

                                                                                    _____
                                                                                    Deputy Clerk of the Court

- 4 -

# EXHIBIT B

# BERMUDA REGISTRAR OF COMPANIES

# COMPANY REPORT FOR

# THE BANK OF N.T. BUTTERFIELD & SON, LTD.

# Company Info - Results

Registration Number: **2106**
Company Name: **BANK OF N.T. BUTTERFIELD & SON LIMITED (THE)**
Incorporation Date: 22-Oct-1904
Service Provider:
Registered Insurer: No

### Registered Office Address
BUTTERFIELD CORPORATE
SERVICES LIMITED
Rosebank Centre
11 Bermudiana Road
Pembroke

Phone:
Fax:

### Principal Office Address

### Capital (000's)
Minimum: 250

Issued:

Authorized: 2005.5

### General Info
Status: Active
Prospectus Last Filed: 26-Jun-1998
Last Change Status Date:
Last Name Change Status Date:

Receipt Number : ROCC-7DPJER
For further information you must contact our offices.