UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, as Trustee and Securities :
Intermediary, :
:
              Plaintiff, :
:
   - against - :   No. 1:08 CV 00955 (LAK)
:
LACROSSE FINANCIAL PRODUCTS, LLC, :
CEDE & CO., as Holder of certain Secured Notes :
and nominee name of the Depositary Trust :
Company, AURELIUS CAPITAL PARTNERS, :
LP, THE BANK OF N.T. BUTTERFIELD & SON :
LIMITED, MAGNETAR CONSTELLATION :
MASTER FUND, LTD., MAGNETAR :
CONSTELLATION MASTER FUND III, LTD., :
MAGNETAR CONSTELLATION FUND II, :
LTD., PALMER SQUARE 3 LIMITED, PASA :
FUNDING 2007-1, LTD., REVELSTOKE CDO I :
LTD., SILVER ELMS CDO plc, STANTON CDO :
I S.A., UBS ABSOLUTE RETURN BOND :
FUND, a fund of UBS Funds, Inc., UBS GLOBAL :
BOND FUND, a fund of UBS Funds, Inc., ZAIS :
OPPORTUNITY MASTER FUND, LTD, and :
DOES 1 through 100, owners of beneficial :
interests in the Secured Notes, :
:
              Defendants. X
----------------------------------------------------------------

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
UBS ABSOLUTE RETURN BOND FUND AND UBS GLOBAL BOND FUND**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants UBS Absolute Return Bond Fund and UBS Global Bond Fund disclose the following information:

       1.     UBS Absolute Return Bond Fund and UBS Global Bond Fund are each a series of The UBS Funds, a Delaware statutory trust. The UBS Funds is advised by UBS Global

Management (Americas), Inc., which is wholly owned indirectly by UBS AG, a public company that trades on the New York Stock Exchange under the ticker symbol "UBS."

      2.     There are no publicly held corporations that own 10% or more of the UBS Absolute Return Bond Fund or the UBS Global Bond Fund.

Dated: April 30, 2008

*/s/ Leslie M. Greenspan*
Keith R. Dutill
Leslie M. Greenspan
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone: (610) 640-5800
Facsimile: (610) 640-1965
kdutill@stradley.com
lgreenspan@stradley.com

Eric Rieder
Thomas J. Schell
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-1457
ERieder@bryancave.com
TJSchell@bryancave.com

Attorneys for Defendants
UBS Absolute Return Fund and
UBS Global Bond Fund

# 745805