UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and Securities Intermediary,<br><br>                    Plaintiff,<br><br>- against -<br><br>LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depositary Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes,<br><br>                    Defendants. | : Case No. 08 CV 0955<br>: (LAK) (DCF)<br>:<br>:<br>:<br>:<br>:<br>: **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the law firm of Otterbourg, Steindler, Houston & Rosen, P.C. appears as counsel in the above-captioned action on behalf of defendants Magnetar Constellation Master Fund, Ltd, Magnetar Constellation Master Fund III, Ltd and Magnetar Constellation Fund II, Ltd.  The undersigned requests that all notices given, or required to be given in this action, and all papers served, or required to be served in this action, be given to and served upon the undersigned attorneys, at the address set forth below:

                Otterbourg, Steindler, Houston
                    & Rosen, P.C.
                230 Park Avenue, 29th Floor
                New York, New York 10169
                (212) 661-9100
                Fax (212) 682-6104

      Attn: Peter Feldman
      pfeldman@oshr.com
      Attn: Erik B. Weinick
      eweinick@oshr.com

Dated: April 30, 2008
      New York, New York

                      Respectfully submitted,

                        _____
                        Peter Feldman (PF-3271)
                        pfeldman@oshr.com
                        Erik B. Weinick (EBW-5498)
                        eweinick@oshr.com
                        OTTERBOURG, STEINDLER,
                        HOUSTON & ROSEN, P.C.
                        230 Park Avenue
                        New York, New York 10169

                        *Attorneys for Defendants Magnetar*
                        *Constellation Master Fund, Ltd,*
                        *Magnetar Constellation Master Fund III, Ltd*
                        *and Magnetar Constellation Fund II, Ltd*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via the Court's Electronic Case Filing System on this 30th day of April, 2008, as well as on the parties on the attached service list in the manner so indicated.

                                                    _____
                                                    Peter Feldman

## SERVICE LIST

| | |
|---|---|
| Christopher May Mason, Esq.<br>c/o Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br>*Attorneys for Plaintiff Deutsche Bank Trust Company Americas*<br><br>*Via ECF and U.S. Mail* | Scott E. Eckas, Esq.<br>Kevin J. Biron, Esq.<br>c/o McKee Nelson LLP<br>One Battery Park Plaza, 34th Floor<br>New York, NY 10004<br>*Attorneys for Defendant LaCrosse Financial Products LLC*<br><br>*Via ECF and U.S. Mail* |
| Eric Heichel, Esq.<br>Eiseman Levine Lehrhaupt & Kakoyiannis<br>805 Third Avenue, 10th Floor<br>New York, NY 10022<br>*Attorneys for Defendant Cede & Co.*<br><br>*Via ECF and U.S. Mail* | Alan R. Friedman, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Aurelius Capital Partners, LP*<br><br>*Via ECF and U.S. Mail* |
| Keith R. Dutill, Esq.<br>Stradley, Ronon, Stevens & Young, LLP (PA)<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098<br>*Attorneys for UBS Absolute Return Bond Fund and UBS Global Bond Fund*<br><br>*Via ECF and U.S. Mail* | Thomas James Schell, Esq.<br>Bryan Cave LLP (NY)<br>1290 Avenue of Americas<br>New York, NY 10104<br>*Attorneys for UBS Absolute Return Bond Fund and UBS Global Bond Fund*<br><br>*Via ECF and U.S. Mail* |
| Palmer Square 3 Limited<br>5 Harbourmaster Place<br>International Financial Services Centre<br>Dublin 1, Ireland<br><br>*Via Federal Express* | Revelstoke CDO I Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House, South Church Street<br>George Town, Grand Cayman KY1-1108<br>Cayman Islands, The British West Indies<br><br>*Via Federal Express* |
| The Bank of N.T. Butterfield & Son Limited<br>65 Front Street<br>Hamilton, Bermuda HM AX<br><br><br>*Via Federal Express* | Stanton CDO I S.A.<br>c/o Omicron Investment Management GmbH<br>Herrengasse 1-3<br>1010 Vienna, Austria<br><br>*Via Federal Express* |

**Continued on Next Page**

| | |
|---|---|
| PASA Funding 2007-1, Ltd.<br>c/o Ogier Fiduciary Services (Cayman) Limited<br>P.O. Box 1234 GT<br>Queensgate House, South Church Street<br>George Town, Grand Cayman KY1-1108<br>Cayman Islands, The British West Indies<br><br>*Via Federal Express* | Silver Elms CDO plc<br>c/o Deutsche International Corporate Services (Ireland) Limited<br>5 Harbourmaster Place<br>International Financial Services Centre<br>Dublin 1, Ireland<br><br>*Via Federal Express* |
| ZAIS Opportunity Master Fund, LTD<br>P.O. Box 1984 GT<br>Elizabeth Square, George Town<br>Grand Cayman Islands,<br>The British West Indies<br><br>*Via Federal Express* | |