UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
DEUTSCHE BANK TRUST COMPANY                 :
AMERICAS, as Trustee and Securities         :  Case No. 08 CV 0955
Intermediary,                               :  (LAK) (DCF)
                                            :
                Plaintiff,                  :
                                            :
        - against -                         :
                                            :
LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., :
as Holder of certain Secured Notes and nominee name of the :
Depositary Trust Company, AURELIUS CAPITAL  :
PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & :
SON LIMITED, MAGNETAR CONSTELLATION         :
MASTER FUND, LTD., MAGNETAR CONSTELLATION   :
MASTER FUND III, LTD., MAGNETAR             :
CONSTELLATION FUND II, LTD., PALMER SQUARE 3 :
LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE :
CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I :
S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of :
UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of :
UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, :
LTD, and DOES 1 through 100, owners of beneficial interests :
in the Secured Notes                        :
                                            :
                Defendants.                 :
------------------------------------------- X

### F.R.C.P. 7.1 STATEMENT OF MAGNETAR CONSTELLATION MASTER FUND, LTD, MAGNETAR CONSTELLATION FUND II, LTD AND MAGNETAR CONSTELLATION MASTER FUND III, LTD

Pursuant to Federal Rule of Civil Procedure 7.1, Interpleader Defendants MAGNETAR CONSTELLATION MASTER FUND, LTD, MAGNETAR CONSTELLATION FUND II, LTD and MAGNETAR CONSTELLATION MASTER FUND III, LTD, (collectively, the "Funds") through their undersigned counsel, Otterbourg, Steindler, Houston & Rosen, P.C., state that the Funds have no parent corporation and that no publicly held corporation owns more than 10% of the Funds' stock. All investment and other decisions regarding the conduct and affairs of the Funds are made by Magnetar Financial LLC, an investment adviser registered with the United States Securities and Exchange Commission under the Investment Adviser Act of 1940.

Dated: New York, New York
      April 30, 2008

                                        - 2 -

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____
      Peter Feldman (PF-3271)

230 Park Avenue
New York, New York 10169
(212) 661-9100
Fax (212) 682-6104
Email: pfeldman@oshr.com

*Counsel for Interpleader Defendants Magnetar Constellation Master Fund, Ltd, Magnetar Constellation Master Fund III, Ltd, and Magnetar Constellation Fund II, Ltd*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via the Court's Electronic Case Filing System on this 30th day of April, 2008, as well as on the parties on the attached service list in the manner so indicated.

_____
Peter Feldman

## SERVICE LIST

| | |
|---|---|
| Christopher May Mason, Esq.<br>c/o Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br>*Attorneys for Plaintiff Deutsche Bank Trust Company Americas*<br><br>*Via ECF and U.S. Mail* | Scott E. Eckas, Esq.<br>Kevin J. Biron, Esq.<br>c/o McKee Nelson LLP<br>One Battery Park Plaza, 34th Floor<br>New York, NY 10004<br>*Attorneys for Defendant LaCrosse Financial Products LLC*<br><br>*Via ECF and U.S. Mail* |
| Eric Heichel, Esq.<br>Eiseman Levine Lehrhaupt & Kakoyiannis<br>805 Third Avenue, 10th Floor<br>New York, NY 10022<br>*Attorneys for Defendant Cede & Co.*<br><br>*Via ECF and U.S. Mail* | Alan R. Friedman, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Aurelius Capital Partners, LP*<br><br>*Via ECF and U.S. Mail* |
| Keith R. Dutill, Esq.<br>Stradley, Ronon, Stevens & Young, LLP (PA)<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098<br>*Attorneys for UBS Absolute Return Bond Fund and UBS Global Bond Fund*<br><br>*Via ECF and U.S. Mail* | Thomas James Schell, Esq.<br>Bryan Cave LLP (NY)<br>1290 Avenue of Americas<br>New York, NY 10104<br>*Attorneys for UBS Absolute Return Bond Fund and UBS Global Bond Fund*<br><br>*Via ECF and U.S. Mail* |
| Palmer Square 3 Limited<br>5 Harbourmaster Place<br>International Financial Services Centre<br>Dublin 1, Ireland<br><br>*Via Federal Express* | Revelstoke CDO I Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House, South Church Street<br>George Town, Grand Cayman KY1-1108<br>Cayman Islands, The British West Indies<br><br>*Via Federal Express* |
| The Bank of N.T. Butterfield & Son Limited<br>65 Front Street<br>Hamilton, Bermuda HM AX<br><br><br>*Via Federal Express* | Stanton CDO I S.A.<br>c/o Omicron Investment Management GmbH<br>Herrengasse 1-3<br>1010 Vienna, Austria<br><br>*Via Federal Express* |

**Continued on Next Page**

| | |
|---|---|
| PASA Funding 2007-1, Ltd.<br>c/o Ogier Fiduciary Services (Cayman) Limited<br>P.O. Box 1234 GT<br>Queensgate House, South Church Street<br>George Town, Grand Cayman KY1-1108<br>Cayman Islands, The British West Indies<br><br>*Via Federal Express* | Silver Elms CDO plc<br>c/o Deutsche International Corporate Services<br>(Ireland) Limited<br>5 Harbourmaster Place<br>International Financial Services Centre<br>Dublin 1, Ireland<br><br>*Via Federal Express* |
| ZAIS Opportunity Master Fund, LTD<br>P.O. Box 1984 GT<br>Elizabeth Square, George Town<br>Grand Cayman Islands,<br>The British West Indies<br><br>*Via Federal Express* | |