**McKee Nelson LLP**
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY  10004
Tel:  (917) 777-4200
Fax: (917) 777-4299

*Attorneys for Interpleader Defendant*
*LaCrosse Financial Products, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and Securities Intermediary,<br><br>      Plaintiff,<br><br>  - against -<br><br>LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depository Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes,<br><br>      Defendants. | Case No.: 1:08 CV 0955 (LAK)<br><br>Honorable Lewis A. Kaplan<br><br>**Electronically Filed** |

## RULE 7.1 DISCLOSURE STATEMENT OF
## <u>INTERPLEADER DEFENDANT LACROSSE FINANCIAL PRODUCTS, LLC</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, interpleader defendant LaCrosse Financial Products, LLC ("LaCrosse"), a nongovernmental corporate party, states that (i) LaCrosse Financial Products Member, Inc. is the parent corporation of LaCrosse and is not a publicly held corporation; and (ii) GSS Holdings, Inc. is the parent corporation of LaCrosse Financial Products Member, Inc. and is not a publicly held corporation.  LaCrosse further states that certain of its potential obligations in connection with the above-captioned matter are guaranteed by MBIA Insurance Corporation.  MBIA Inc., a publicly held corporation, is the parent corporation of MBIA Insurance Corporation and owns more than 10% of MBIA Insurance Corporation's stock.

Dated: New York, New York
       April 30, 2008

                                                   MCKEE NELSON LLP

                                                     /s/  Scott E. Eckas

                                                   Scott E. Eckas (SE 7479)
                                                   *seckas@mckeenelson.com*
                                                   Kevin J. Biron (KB 1030)
                                                   *kbiron@mckeenelson.com*
                                                   One Battery Park Plaza, 34th Floor
                                                   New York, NY 10004
                                                   Tel: (917) 777-4200
                                                   Fax: (917) 777-4299

                                                 *Attorneys for Interpleader Defendant*
                                                 *LaCrosse Financial Products, LLC*