UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY                           :
AMERICAS, as Trustee and Securities                   :
Intermediary,                                         :
                                                      :
                                        Plaintiff,    :
                                                      :
                    -against-                         :
                                                      :
LACROSSE FINANCIAL PRODUCTS, LLC,                     :     No. 1:08 CV 00955 (LAK) (DCF)
CEDE & CO., as Holder of certain Secured Notes        :
and nominee name of the Depositary Trust              :
Company, AURELIUS CAPITAL PARTNERS,                   :     NOTICE OF APPEARANCE
LP, THE BANKOF N.T. BUTTERFIELD & SON                 :
LIMITED, MAGNETAR CONSTELLATION                       :
MASTER FUND, LTD., MAGNETAR                           :
CONSTELLATION MASTER FUND III, LTD.,                  :
MAGNETAR CONSTELLATION FUND II,                       :
LTD., PALMER SQUARE 3 LIMITED, PASA                   :
FUNDING 2007-1, LTD., REVELSTOKE CDO I                :
LTD., SILVER ELAMS CDO plc, STANTON                   :
CDO U.S.A., UBS ABSOLUTE RETURN                       :
BOND FUND, a fund of UBS Funds, Inc., UBS             :
GLOBAL BOND FUND, a fund of UBS Funds,                :
Inc., ZAIS OPPORTUNITY MASTER FUND,                   :
LTD., and DOES 1 through 100, owners of               :
beneficial interests in the Secured Notes,            :
                                                      :
                                      Defendants.     :
-------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant Aurelius Capital

Partners, LP.

I certify that I am admitted to practice in this court.

April 30, 2008

Respectfully Submitted,

By:___ /s/ Alan R. Friedman_____

Alan R. Friedman
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone No.: 212-715-9100
afriedman@kramerlevin.com

*Counsel for Aurelius Capital Partners, LP*