UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DEUTSCHE BANK TRUST COMPANY           :
AMERICAS, as Trustee and Securities   :
Intermediary,                         :
                                      :
                         Plaintiff,   :
                                      :
        -against-                     :
                                      :
LACROSSE FINANCIAL PRODUCTS, LLC,     :   No. 1:08 CV 00955 (LAK) (DCF)
CEDE & CO., as Holder of certain Secured Notes :
and nominee name of the Depositary Trust :
Company, AURELIUS CAPITAL PARTNERS,   :   **Rule 7.1 Statement**
LP, THE BANK OF N.T. BUTTERFIELD & SON :
LIMITED, MAGNETAR CONSTELLATION       :
MASTER FUND, LTD., MAGNETAR           :
CONSTELLATION MASTER FUND III, LTD.,  :
MAGNETAR CONSTELLATION FUND II,       :
LTD., PALMER SQUARE 3 LIMITED, PASA   :
FUNDING 2007-1, LTD., REVELSTOKE CDO I :
LTD., SILVER ELMS CDO plc, STANTON    :
CDO U.S.A., UBS ABSOLUTE RETURN       :
BOND FUND, a fund of UBS Funds, Inc., UBS :
GLOBAL BOND FUND, a fund of UBS Funds, :
Inc., ZAIS OPPORTUNITY MASTER FUND,   :
LTD., and DOES 1 through 100, owners of :
beneficial interests in the Secured Notes, :
                                      :
                         Defendants.  :
------------------------------------------------------------ X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aurelius Capital Partners, LP (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

KL3 2649146.1

Dated: April 30, 2008

                           Respectfully Submitted,

                           By:   /s/ Alan R. Friedman

                           Alan R. Friedman
                           KRAMER LEVIN NAFTALIS &
                           FRANKEL LLP
                           1177 Avenue of the Americas
                           New York, NY 10036
                           Telephone No.: 212-715-9100
                           afriedman@kramerlevin.com

                           *Counsel for Aurelius Capital Partners, LP*

KL3 2649146.1