# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)*       10th April 2008
- at (place, street, number)
- *à (localité, rue numéro)*    Palmer Square 3 Limited, 5 Harbourmaster Place, International Financial Services Centre, Dublin 1, Ireland

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :*   Served at the instruction of Joanne Hoban of JC Hoban & Company Solicitors, a Solicitor of the Supreme Court of Ireland by a method prescribed by the internal law of Ireland for the service of documents in domestic actions upon persons who are within its territory and in accordance with Article 10(b) of the Hague Service Convention of 1965

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:    PALMER SQUARE 3 LIMITED
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*      Christina Kunde - Receptionist

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*   Receptionist at the registered office of Palmer Square 3 Limited

2) ~~that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

~~*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
Letter of Instruction from Solicitor to Agent
Agent's Affidavit of Service with
   Exhibit 1: Copy of Documents Served

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
(see above)

Done at   14th       , the
Fait à   April 2008   . le

Signature and / or stamp.
*Signature et / ou cachet.*

*Joanne Hoban*

**J. C. HOBAN & CO.**
**SOLICITORS**
114 THE CAPEL BUILDING
ST. MARY'S ABBEY DUBLIN 7
TEL: 01-878 0040  FAX: 01-814 8960

*Delete if inappropriate.*
*Rayer les mentions inutiles.*      2

# J.C. HOBAN & COMPANY
## SOLICITORS

Suite 114
The Capel Building
Mary's Abbey
Dublin 7

Phone:  01 878 0040
Fax:    01 814 8960

Email:  info@jchoban.ie
DX 200114 Capel Building

VAT Reg. No. IE 6718474D

Ian Withers
IST PRIORITY NORTHERN IRELAND
1 Marlborough Avenue
Lisburn Road
Belfast BT9 7HB

8th April 2008

### Service of Process upon PALMER SQUARE 3 LIMITED

Dear Mr. Ian Withers:

I enclose papers received from Vicki Portuguez of Legal Language Services, for Article 10(b) Hague Convention service upon the above named defendant.

Please seek to serve personally **PALMER SQUARE 3 LIMITED** at the address given. If you are successful, please ensure that the serving agent includes the following paragraphs in the affidavit of service:

"…acting on the instructions of JC Hoban & Company Solicitors a Solicitor of the Supreme Court of Ireland acting upon the instruction of Christopher M. Mason, Attorney", and

"I believe that service has thus been effected in accordance with a method prescribed by the internal law of Ireland and thus in accordance with Article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters".

I look forward to hearing from you.

Yours sincerely,

JC Hoban & Company
Solicitors

| Principal | Joanne C. Hoban | MA, Dip LS, Dip Emp Law |
| --- | --- | --- |
| Trainee Solicitor | Gráinne Brady | BA, Dip LS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS,

        Plaintiff,

-against-

LACROSSE FINANCIAL PRODUCTS, LLC, et al.,

        Defendant.

08 Civ. 0955 (LAK)

AFFIDAVIT OF SERVICE IN ACCORDANCE WITH ARTICLE 10(B) OF THE HAGUE CONVENTION ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

I, **Anne Dorman,** Process Server, of Priority Investigations Limited, PO Box 266 Belfast, BT5 4AQ, Ireland, **MAKE OATH** and say as follows:

1. **THAT** I am over eighteen years of age and not a party in the above-captioned case.

2. **THAT,** acting on the instructions of **Joanne Hoban of JC Hoban and Company Solicitors**, a Solicitor of the Supreme Court of Ireland, in turn acting upon the instructions of Christopher M. Mason, Attorney, I did on **10th day of April 2008**, before **2.30pm** hours, proceed to the premises of the Registered Office of **PALMER SQUARE 3 LIMITED** located at 5 Harbourmaster Place, International Financial Services Centre, Dublin 1, IRELAND where I effected personal service of the Hague Service Convention "Notice", Hague Service Convention "Summary" with Attachment A, Order; Notice of Motion to File Exhibits under Seal; Declaration of Christopher M. Mason (with Exhibit 1 & Exhibits A-E); Memorandum of Law in Support of Motion to File Exhibits under Seal; Summons in a Civil Action; Interpleader Complaint with Exhibits A-E; Individual Practices for Judge Lewis A. Kaplan and Individual Practices for Magistrate Judge Debra Freeman, (copies of all such served documents are exhibited hereto marked "A") by handing the said documents to **Christina Kunde-**, who acknowledged **herself** to be the Receptionist at the registered office of **PALMER SQUARE 3 LIMITED**;

3. **THAT** I identified Christina Kunde as follows:

   **THAT** I said, "Are you Christina Kunde?"

   **THAT** she said, "Yes, I am"

4. **THAT** a description of Christina Kunde is as follows:

   | | | |
   |---|---|---|
   | Race: | Sex: Female | Height: 5ft 4in |
   | Build: | Weight: | Complexion: Fair |
   | Age:25-30 | Appearance: | Eyes: |
   | Spectacles: no | Hair: brown | |

5. **THAT** the aforesaid Documents appeared to me to have been legitimate documents concerning proceedings before the United State District Court, Southern District of New York; and

6. **THAT** I believe that service has been effected in accordance with a method prescribed by the internal law of Ireland for civil matters within this jurisdiction and thus in

accordance with Article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters

That all information herein given accords with the rules and customary procedures applicable and operative in Ireland at time of effecting service.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

Dated:  14th April 2008

_____
**ANNE DORMAN,** Process Server

**SWORN** by the said ANNE DORMAN
this      14th   day of  April 2008, before
me a Commissioner for Oaths / Practising
Solicitor at Suite       , The Capel Building,
Marys Abbey, Dublin 7 in the City of Dublin,
and I know the Deponent.

_____
**COMMISSIONER FOR OATHS /
PRACTISING SOLICITOR**