

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                        Plaintiff,

          - against -                    No. 1:08 CV 00955 (LAK)

LACROSSE FINANCIAL PRODUCTS, LLC,    STIPULATED EXTENSION OF
CEDE & CO., as Holder of certain Secured Notes  TIME TO ANSWER, MOVE, OR
and nominee name of the Depositary Trust      OTHERWISE PLEAD FOR
Company, AURELIUS CAPITAL PARTNERS,     DEFENDANT REVELSTOKE
LP, THE BANK OF N.T. BUTTERFIELD & SON   CDO I, LTD.
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A., UBS ABSOLUTE RETURN BOND FUND,
a fund of UBS Funds, Inc., UBS GLOBAL BOND
FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial interests
in the Secured Notes,

                        Defendants.
------------------------------------------------------------ X

          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Deutsche Bank Trust Company Americas, as Trustee and Securities Intermediary (the

"Trustee"), and Defendant Revelstoke CDO I, Ltd., as follows:

          1.      On January 29, 2008, the Trustee filed an Interpleader Complaint (the

"Complaint") in this action.

[090848.1]

2.  On April 8, 2008, Revelstoke CDO I, Ltd. was personally served via the Hague Convention in the Cayman Islands, The British West Indies.

3.  There have been no previous requests for an adjournment or extension of time for Revelstoke CDO I, Ltd. to answer, move, or otherwise plead in response to the Complaint.

4.  The Trustee, which is currently awaiting the completion of service of other Defendants under the Hague Convention, consents to an extension of time for Revelstoke CDO I, Ltd. to answer, move, or otherwise plead in response to the Complaint to and including May 16, 2008.

5.  This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: May 5, 2008

                                NIXON PEABODY LLP

                        By: _____
                               Christopher M. Mason (CM-7146)

                               437 Madison Avenue
                               New York, New York 10022
                               Telephone: (212) 940-3000
                               Facsimile: (866) 947-2229
                               cmason@nixonpeabody.com

                               Attorneys for Plaintiff
                               Deutsche Bank Trust Company Americas

By:    BRYAN CAVE LLP

*/s/ Eric Rieder*
Eric Rieder (ER-2021)

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1457
erieder@bryancave.com

Attorneys for Defendant
Revelstoke CDO I, Ltd.

SO ORDERED

_____
U.S.D.J.

5/6/08