Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                                Plaintiff,

          - against -                  No. 1:08 CV 00955 (LAK)

LACROSSE FINANCIAL PRODUCTS, LLC,    STIPULATED EXTENSION OF
CEDE & CO., as Holder of certain Secured Notes  TIME TO ANSWER, MOVE, OR
and nominee name of the Depositary Trust       OTHERWISE PLEAD FOR
Company, AURELIUS CAPITAL PARTNERS,     DEFENDANT THE BANK OF N.T.
LP, THE BANK OF N.T. BUTTERFIELD & SON   BUTTERFIELD & SON LIMITED
LIMITED, MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III, LTD.,
MAGNETAR CONSTELLATION FUND II,
LTD., PALMER SQUARE 3 LIMITED, PASA
FUNDING 2007-1, LTD., REVELSTOKE CDO I
LTD., SILVER ELMS CDO plc, STANTON CDO
I S.A., UBS ABSOLUTE RETURN BOND FUND,
a fund of UBS Funds, Inc., UBS GLOBAL BOND
FUND, a fund of UBS Funds, Inc., ZAIS
OPPORTUNITY MASTER FUND, LTD, and
DOES 1 through 100, owners of beneficial interests
in the Secured Notes,

                              Defendants.
------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Deutsche Bank Trust Company Americas, as Trustee and Securities Intermediary (the "Trustee"), and Defendant The Bank of N.T. Butterfield & Son Limited, as follows:

    1.    On January 29, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

1090848 1

2. On April 9, 2008, The Bank of N.T. Butterfield & Son Limited was personally served via the Hague Convention in Bermuda.

3. There have been no previous requests for an adjournment or extension of time for The Bank of N.T. Butterfield & Son Limited to answer, move, or otherwise plead in response to the Complaint.

4. The Trustee consents to an extension of time for The Bank of N.T. Butterfield & Son Limited to answer, move, or otherwise plead in response to the Complaint to and including May 16, 2008.

5. This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: May 12, 2008

NIXON PEABODY LLP

By: _____
Christopher M. Mason (CM-7146)

437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (866) 947-2229
cmason@nixonpeabody.com

Attorneys for Plaintiff
Deutsche Bank Trust Company Americas

By: BRYAN CAVE LLP

_____
Thomas J. Schell (TJS-5075)

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1457
erieder@bryancave.com

Attorneys for Defendant
The Bank of N.T. Butterfield & Son Limited

SO ORDERED
_____
U.S.D.J.
5/14/08

- 3 -