UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, as Trustee and Securities :
Intermediary, :
 :
                        Plaintiff, :
 :
      - against - : No. 1:08 CV 00955 (LAK)
 :
LACROSSE FINANCIAL PRODUCTS, LLC, :
CEDE & CO., as Holder of certain Secured Notes :
and nominee name of the Depositary Trust :
Company, AURELIUS CAPITAL PARTNERS, :
LP, THE BANK OF N.T. BUTTERFIELD & SON :
LIMITED, MAGNETAR CONSTELLATION :
MASTER FUND, LTD., MAGNETAR :
CONSTELLATION MASTER FUND III, LTD., :
MAGNETAR CONSTELLATION FUND II, :
LTD., PALMER SQUARE 3 LIMITED, PASA :
FUNDING 2007-1, LTD., REVELSTOKE CDO I :
LTD., SILVER ELMS CDO plc, STANTON CDO :
I S.A., UBS ABSOLUTE RETURN BOND :
FUND, a fund of UBS Funds, Inc., UBS GLOBAL :
BOND FUND, a fund of UBS Funds, Inc., ZAIS :
OPPORTUNITY MASTER FUND, LTD, and :
DOES 1 through 100, owners of beneficial :
interests in the Secured Notes, :
 :
                     Defendants. :
---------------------------------------------------------------- X

## RULE 7.1 STATEMENT OF
## DEFENDANT REVELSTOKE CDO I LIMITED

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Revelstoke CDO I

Limited, a defendant in the above-captioned proceeding, discloses as follows:

C068838/0220771/1483759.1

1. All of the ordinary, voting shares of Revelstoke CDO I Limited are owned by Maples Finance Limited.

2. There are no publicly held corporations that own 10% or more of Revelstoke CDO I Limited.

Dated: May 16, 2008

/s/ *Eric Rieder*
Eric Rieder  (ER-2021)
Thomas J. Schell  (TJS-5075)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY   10104-3300
Telephone:  (212) 541-2000
Facsimile:  (212) 541-1457
ERieder@bryancave.com
TJSchell@bryancave.com

*Attorneys for Defendant*
*Revelstoke CDO I Limited*