UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

```
------------------------------------------------------------- X
                                                              :
DEUTSCHE BANK TRUST COMPANY                                   :
AMERICAS, as Trustee and Securities                           :
Intermediary,                                                 :
                                                              :
                        Plaintiff,                            :
                                                              :
        - against -                                           :   No. 1:08 CV 00955 (LAK)
                                                              :
LACROSSE FINANCIAL PRODUCTS, LLC,                             :
CEDE & CO., as Holder of certain Secured Notes                :
and nominee name of the Depositary Trust                      :
Company, AURELIUS CAPITAL PARTNERS,                           :
LP, THE BANK OF N.T. BUTTERFIELD & SON                        :
LIMITED, MAGNETAR CONSTELLATION                               :
MASTER FUND, LTD., MAGNETAR                                   :
CONSTELLATION MASTER FUND III, LTD.,                          :
MAGNETAR CONSTELLATION FUND II,                               :
LTD., PALMER SQUARE 3 LIMITED, PASA                           :
FUNDING 2007-1, LTD., REVELSTOKE CDO I                        :
LTD., SILVER ELMS CDO plc, STANTON CDO                        :
I S.A., UBS ABSOLUTE RETURN BOND                              :
FUND, a fund of UBS Funds, Inc., UBS GLOBAL                   :
BOND FUND, a fund of UBS Funds, Inc., ZAIS                    :
OPPORTUNITY MASTER FUND, LTD, and                             :
DOES 1 through 100, owners of beneficial                      :
interests in the Secured Notes,                               :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- X
```

## RULE 7.1 STATEMENT OF
## DEFENDANT THE BANK OF N.T. BUTTERFIELD & SON LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Bank of N.T. Butterfield & Son Limited, a defendant in the above-captioned proceeding, discloses as follows:

1. The Bank of N.T. Butterfield & Son Limited has no parent corporation.

2. There are no publicly traded corporations that own 10% or more of The Bank of N.T. Butterfield & Son Limited.

Dated: May 16, 2008

/s/ *Eric Rieder*
Eric Rieder (ER-2021)
Thomas J. Schell (TJS-5075)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-1457
ERieder@bryancave.com
TJSchell@bryancave.com

*Attorneys for Defendant*
*The Bank of N.T. Butterfield & Son Limited*

2