USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and Securities Intermediary,<br><br>Plaintiff,<br><br>- against -<br><br>LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depositary Trust Company, AURELIUS CAPITAL PARTNERS, LP, THE BANK OF N.T. BUTTERFIELD & SON LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, STANTON CDO I S.A., UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes.<br><br>Defendants. | Case No. 08 CV 0955 (LAK)<br><br>**STIPULATION AND ORDER PERMITTING (I) BRYAN CAVE LLP TO WITHDRAW AS COUNSEL FOR UBS ABSOLUTE RETURN BOND FUND AND UBS GLOBAL BOND FUND (BOTH FUNDS OF UBS FUNDS, INC.) AND (II) SUBSTITUTION OF COUNSEL FOR REVELSTOKE CDO I LTD.** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**WHEREAS**, as set forth in the accompanying Affirmation of Eric Rieder, dated April 14, 2009, and the Affirmation of Leslie Greenspan, dated April 10, 2009 (collectively, the "Affirmations"), pursuant to Local Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, the law firms of Bryan Cave LLP ("Bryan Cave") and of Stradley Ronon Stevens & Young, LLP ("Stradley Ronon") have agreed that (i) Bryan Cave should withdraw as counsel for Defendants UBS Absolute Return Bond Fund and UBS Global Bond Fund (both funds of UBS Funds, Inc.) (the "UBS Funds") in this action, while the UBS Funds will continue to be represented by Stradley Ronon, and (ii) Stradley Ronon should be substituted as counsel in this action for Revelstoke CDO I Ltd. ("Revelstoke") in the place and

stead of Bryan Cave; and

**WHEREAS**, as explained in the Affirmations, the UBS Funds and Revelstoke have consented to the aforementioned withdrawal and substitution, and the other parties active in this litigation are unopposed to it;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. Eric Rieder and others of Bryan Cave is permitted to withdraw as counsel for the UBS Funds, while the UBS Funds will continue to be represented by Stradley Ronon, and

2. Keith Dutill of Stradley Ronon is permitted to substitute as counsel for Revelstoke in the place and stead of Bryan Cave.

Dated: New York, New York
April 10, 2009

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Leslie Miller Greenspan
Keith R. Dutill
Leslie Miller Greenspan
2600 One Commerce Square
Philadelphia, Pennsylvania 19103
(215) 564-8000

*Attorneys for Defendants UBS Absolute Return Bond Fund and UBS Global Bond Fund (Both Funds of UBS Funds, Inc.) and Incoming Attorneys for Revelstoke CDO I Ltd.*

BRYAN CAVE LLP

By: /s/ Eric Rieder
Eric Rieder
Thomas Schell
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Withdrawing Attorneys for Defendants UBS Absolute Return Bond Fund and UBS Global Bond Fund (Both Funds of UBS Funds, Inc.) and Outgoing Attorneys for Revelstoke CDO I Ltd.*

**SO ORDERED:**

Dated: New York, New York
April 16, 2009

/s/ Lewis A. Kaplan
The Honorable Lewis A. Kaplan
United States District Judge

2