

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee and Securities Intermediary,<br><br>      Plaintiff,<br><br> - against -<br><br>LACROSSE FINANCIAL PRODUCTS, LLC, CEDE & CO., as Holder of certain Secured Notes and nominee name of the Depository Trust Company, AURELIUS CAPITAL PARTNERS, LP, AURELIUS CAPITAL MASTER, LTD., THE BANK OF N.T. BUTTERFIELD & SON LIMITED, CLASS V FUNDING II LTD., CLIFTON I CDO LIMITED, DRESDNER KLEINWORT (a.k.a. DRESDNER KLEINWORT LIMITED), IXIS ABS CDO 3 LTD., LOGAN CDO III LIMITED, MAGNETAR CONSTELLATION MASTER FUND, LTD., MAGNETAR CONSTELLATION MASTER FUND III, LTD., MAGNETAR CONSTELLATION FUND II, LTD., PALMER SQUARE 3 LIMITED, PASA FUNDING 2007-1, LTD., REVELSTOKE CDO I LTD., SILVER ELMS CDO plc, UBS ABSOLUTE RETURN BOND FUND, a fund of UBS Funds, Inc., UBS GLOBAL BOND FUND, a fund of UBS Funds, Inc., ZAIS OPPORTUNITY MASTER FUND, LTD, and DOES 1 through 100, owners of beneficial interests in the Secured Notes,<br><br>      Defendants. | Case No.:  1:08 CV 955 (LAK)<br><br>ECF CASE<br><br>[~~PROPOSED~~] ORDER<br><br><br> |

**WHEREAS,** on March 23, 2009, Interpleader Defendant LaCrosse Financial

Products, LLC ("LaCrosse") filed a Motion for Judgment on the Pleadings (the "Motion")

requesting this Court enter an Order granting judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; and

      **WHEREAS,** a hearing on the Motion is currently scheduled for Wednesday, June 17, 2009, at 4:15 pm; and

      **WHEREAS,** LaCrosse desires to withdraw its Motion; and

      **WHEREAS,** no party appearing in the above-captioned action has filed a cross-motion to such Motion; and

      **WHEREAS,** Interpleader Plaintiff Deutsche Bank Trust Company Americas consents to such withdrawal of the Motion.

      **NOW, THEREFORE, IT IS HEREBY ORDERED,** for good cause shown, that the Motion is withdrawn and the hearing on the Motion shall be removed from the Court's calendar.

Entered this 17th day of June, 2009.

_____
United States District Judge