KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DEUTSCHE BANK TRUST COMPANY )
AMERICAS, as Trustee and Securities )
Intermediary, )
  )
                          Plaintiff, )
  )      Case No.: 1:08 CV 0955 (LAK)
        - against -                  )
  )      ECF CASE
LACROSSE FINANCIAL PRODUCTS, LLC, )
CEDE & CO., as Holder of certain Secured )
Notes and nominee name of the Depository )
Trust Company, AURELIUS CAPITAL )
PARTNERS, LP, AURELIUS CAPITAL )
MASTER, LTD., THE BANK OF N.T. )
BUTTERFIELD & SON LIMITED, CLASS V )
FUNDING II LTD., CLIFTON I CDO )
LIMITED, DRESDNER KLEINWORT (a.k.a. )
DRESDNER KLEINWORT LIMITED), IXIS )
ABS CDO 3 LTD., LOGAN CDO III )
LIMITED, MAGNETAR CONSTELLATION )
MASTER FUND, LTD., MAGNETAR )
CONSTELLATION MASTER FUND III, )
LTD., MAGNETAR CONSTELLATION )
FUND II, LTD., PALMER SQUARE 3 )
LIMITED, PASA FUNDING 2007-1, LTD., )
REVELSTOKE CDO I LTD., SILVER ELMS )
CDO plc, UBS ABSOLUTE RETURN BOND )
FUND, a fund of UBS Funds, Inc., UBS )
GLOBAL BOND FUND, a fund of UBS )
Funds, Inc., ZAIS OPPORTUNITY MASTER )
FUND, LTD, and DOES 1 through 100, )
owners of beneficial interests in the Secured )
Notes, )
  )
                          Defendants. )
  )



## STIPULATION OF DISMISSAL OF PARTIES

**IT IS HEREBY STIPULATED AND AGREED,** by and among Interpleader

Plaintiff Deutsche Bank Trust Company Americas and Interpleader Defendants Bank of America,

N.A. ("BoA"); Revelstoke CDO I Limited ("Revelstoke"); UBS Absolute Return Bond Fund ("UBS Absolute"); and UBS Global Bond Fund ("UBS Global," and collectively with BoA, Revelstoke, and UBS Absolute, the "Noteholder Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (the "Federal Rules") and Rule 77.1(a) of the Local Civil Rules for the United States District Court for the Southern District of New York, through their undersigned attorneys of record, as follows:

1. Each Noteholder Party hereby withdraws its opposition, if any, to the Motion by Interpleader Defendant LaCrosse Financial Products, LLC for Judgment on the Pleadings (Docket No. 93), filed with the Court on March 23, 2009.

2. Any and all of the claims of each Noteholder Party to the Disputed Funds in the Interpleader Escrow are hereby withdrawn and dismissed without prejudice, with each Noteholder Party bearing its own costs.[1]

3. Upon the Court's "so ordering" of this Stipulation, each Noteholder Party is dismissed without prejudice from this action pursuant to Rule 41(a)(1) of the Federal Rules.

4. No further notice of this Stipulation to any person is required.

Dated: New York, New York
June __, 2009

---

[1] All capitalized terms used but not defined herein have the same meanings given to such terms in the Amended Interpleader Complaint, dated November 5, 2008 (Docket No. 70). "Disputed Funds" refers to Interest Proceeds and Principal Proceeds as those terms are defined in the Indenture.

STIPULATED & AGREED:

| | |
|---|---|
| NIXON PEABODY LLP | STRADLEY, RONON, STEVENS & YOUNG, LLP |
| By: _____<br>Christopher M. Mason (CM-7146) | By: _____<br>Leslie M. Greenspan (*pro hac vice*) |
| 437 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-3000<br>Facsimile: (866) 947-2229<br>cmason@nixonpeabody.com | 2600 One Commerce Square<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 564-8022<br>Facsimile: (215) 564-8120<br>lgreenspan@stradley.com |
| *Counsel for Interpleader Plaintiff Deutsche Bank Trust Company Americas* | *Counsel for Interpleader Defendants Bank of America, N.A., Revelstoke CDO I Limited, UBS Absolute Return Bond Fund and UBS Global Bond Fund* |

SO ORDERED this 2? day of July, 2009

_____
Honorable Lewis A. Kaplan
United States District Judge

D-3