UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee and Securities
Intermediary,

                Plaintiff,

- against -

LACROSSE FINANCIAL PRODUCTS, LLC,
CEDE & CO., as Holder of certain Secured
Notes and nominee name of the Depository
Trust Company, AURELIUS CAPITAL
PARTNERS, LP, AURELIUS CAPITAL
MASTER, LTD., BANK OF AMERICA, N.A.,
THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, CLASS V FUNDING II LTD.,
CLIFTON I CDO LIMITED, DRESDNER
KLEINWORT (a.k.a. DRESDNER
KLEINWORT LIMITED), IXIS ABS CDO 3
LTD., MAGNETAR CONSTELLATION
MASTER FUND, LTD., MAGNETAR
CONSTELLATION MASTER FUND III,
LTD., MAGNETAR CONSTELLATION
FUND II, LTD., PALMER SQUARE 3
LIMITED, REVELSTOKE CDO I LTD.,
ROYAL BANK OF CANADA, SILVER ELMS
CDO plc, UBS ABSOLUTE RETURN BOND
FUND, a fund of UBS Funds, Inc., UBS
GLOBAL BOND FUND, a fund of UBS Funds,
Inc., and DOES 1 through 100, owners of
beneficial interests in the Secured Notes,

                Defendants.

Case No.: 1:08 CV 955 (LAK)

**Electronically Filed**

## [~~PROPOSED~~] ORDER

Upon consideration of the October 2, 2009 Motion for Summary Judgment and Default Judgment (the "Motion") by Interpleader Defendant LaCrosse Financial Products, LLC ("LaCrosse"), the accompanying memorandum of law, the supporting Declaration of Scott E.

Eckas, dated October 2, 2009 (including the exhibits annexed thereto), and all other pleadings and proceedings herein, and it appearing that no other or further notice need be given and good and sufficient cause being shown therefor, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Clerk of the Court release the interpleaded funds held at present in the Court's registry (together with any interest accrued thereon) as follows: (i) $11,093,348 as directed by Wachovia Bank, National Association ("Wachovia") and $6,709,292 as directed by The Bank of New York Company ("BNY"), and (ii) all interpleaded funds remaining after those payments are made shall be paid as directed by LaCrosse; and it is further

**ORDERED** that, on or before the tenth day following entry of this Order, each of Wachovia, BNY and LaCrosse shall provide the Clerk of the Court with instructions regarding the release of the interpleaded funds in accordance with the foregoing paragraph; and it is further

**ORDERED** that default judgment is entered against interpleader defendants Palmer Square 3 Limited and Silver Elms CDO plc.

Entered this 27 day of Oct, 2009.

_____
United States District Judge